**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5348-16T1

SELECTIVE WAY INSURANCE
COMPANY,

     Plaintiff- Respondent,

v.

DUFEK & MIGLIARO PLUMBING, INC.,

     Defendant- Appellant,

U.S. HOME CORPORATION, d/b/a LENNAR
CORPORATION, JOANN WEAN, GREENBRIAR
FALLS ASSOCIATION, TAYLOR MANAGEMENT
COMPANY, INC., TOWNE & COUNTRY
MANAGEMENT, INTEGRA MANAGEMENT
CORP., ALCOA CONCRETE CONSTRUCTION
CO., INC., MENSER HEATING & AIR
CONDITIONING, INC., and STROBER
ORGANIZATION, INC.,

     Defendants.

_____

Submitted on September 26, 2018 - Decided  October 3, 2018

Before Judges Ostrer and Currier.

On appeal from Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-2007-16.

Sherman, Silverstein, Kohl, Rose & Podolsky, PA, attorneys for appellant (Alan C. Milstein and Matthew Podolnick, of counsel and on the briefs).

Sullivan and Graber, attorneys for respondent (James F. Sullivan and Christine C. Ryan, of counsel and on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been settled and the parties have executed a stipulation of dismissal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-5348-16T1